**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF VERMONT

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Piecemeal, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Piecemeal Pies** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2644042** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5 South Main Street**<br>**White River Junction, VT 05001**<br>Number, Street, City, State & ZIP Code | **P.O. Box 782**<br>**South Royalton, VT 05068**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Windsor**<br>County | **Location of principal assets, if different from principal place of business**<br>**112 South Main Street Stowe, VT 05672**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.piecemealpies.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Piecemeal, LLC**
_____
Name                                                    Case number (*if known*) _____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor   **Piecemeal, LLC**
Name
_____   Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other   **Much of the food in the freezers has been cleaned out but there is some perishable food that remains at both retail locations.**

**Where is the property?**   **5 South Main Street**
**White River Junction, VT, 05001-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☑ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Piecemeal, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Piecemeal, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2023**
                 MM / DD / YYYY

**X** /s/ Justin Barrett                                      Justin Barrett
Signature of authorized representative of debtor              Printed name

Title    **Member**

**18. Signature of attorney**

**X** /s/ Michael B. Fisher                      Date    **May 16, 2023**
Signature of attorney for debtor                         MM / DD / YYYY

**Michael B. Fisher**
Printed name

**Fisher Law Offices, PLLC**
Firm name

**45 Lyme Road, Suite 205**
**Hanover, NH 03755**
Number, Street, City, State & ZIP Code

Contact phone   **(603) 643-1313**    Email address   **fisher@mbfisherlaw.com**

**VT**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Piecemeal, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)  _____

☐ Check if this is an
amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 16, 2023**     *X* **/s/ Justin Barrett**
                                        Signature of individual signing on behalf of debtor

                                        **Justin Barrett**
                                        Printed name

                                          **Member**
                                          Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name   **Piecemeal, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*................................................................................   $    **26,500.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................   $    **312,101.00**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................   $    **338,601.00**

---

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **582,982.92**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $    **6,386.73**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$    **368,860.28**

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                $    **958,229.93**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Piecemeal, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Mascoma Savings Bank (opened April 2023)** | **Checking** | **5764** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $0.00 |
|---|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1. | **Debtor deposited $5,600.00 with the landlord for the Stowe, VT retail location (Red Carriage House, LLC) upon signing its lease** | **$5,600.00** |
|---|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

| | $5,600.00 |
|---|---|

Debtor      **Piecemeal, LLC**                                    Case number *(If known)* _____
Name

---

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**      **Accounts receivable**

11a. 90 days old or less:             **1,179.00**         -              **0.00**       = ....              **$1,179.00**
                                      face amount                  doubtful or uncollectible accounts

**12.**      **Total of Part 3.**                                                                    $1,179.00
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|--------------------------------------------------------|------------------------------------------|------------------------------------|

**19.**      **Raw materials**

**20.**      **Work in progress**

**21.**      **Finished goods, including goods held for resale**

**22.**      **Other inventory or supplies**

---

| Debtor | **Piecemeal, LLC** | | Case number *(If known)* | |
| | Name | | | |

**12 Bar stools ($600), 2
Comfy chairs ($200), 26
Dining chairs ($1,300), 7
Granite tables w/ iron
base (custom) ($1,750),
16ft custom communal
table, iron legs ($5000),
25 Water glasses ($50),
10 Wine glasses ($20),
49Beer pint glasses
($147), 5 Cider glasses
($10), 40 Coffee mugs
($80), 2 glass Carafes
($8), 52 small
enamelware plates
($364), 45 large
enamelware plates
($450), 20 small
enamelware bowls
($120), 17 large
enamelware bowls
($136), 8 Cake stands
($80), Keg cooler
($1,100), Display cooler
($800), Hot display case
($450), Espresso
machine ($4,500),
Espresso grinder ($750),
Coffee machine ($750),
Ice machine ($1,200), 2
CO2 tanks ($200), Citrus
juicer ($1,125), 2 Trash
cans ($100), Countertop
food warmer ($250), 2
Receipt Printers ($440),
3 POS ipads ($900),
Cash drawer ($120),
Security camera system
($800), Speed rack,
countertop ($100), 2
Retail display coolers
($1,600), 4 Coffee
carafes ($200), and Safe
($25)**

| **Location: White River Junction - Dining Room** | **April 25, 2023** | **$0.00** | **Recent cost** | **$25,725.00** |

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Salad Cooler ($800), 2 Trash Cans ($100), 3 Induction Burner small ($300), 2-top Induction Burner ($1,200), 4-top Induction Burner ($4,000), Undercounter cooler ($1,200), Speed rack ($100), 4-2qt Steel Pots ($200), 3qt Steel Pot ($50), Steel rondo pot ($100), Countertop fryer ($100), Fire extinguisher ($125), Blodget electric convection oven ($3,500), Blodget electric convection oven ($2,500), Blodget propane deck oven ($2,500), Kolpak walk-in freezer ($11,000), Kolpak walk-in cooler ($9,000), Steel prep table w/ backsplash, 4' ($400), 2 small Steel prep tables ($400), Large Steel prep table ($300), 20 qt mixer ($1,200), Kitchenaid mixer ($400), Cuisinart food processor ($250), 3 Gallon Sanitizers for 3-bay-sink ($90), 3 gallons of Dish soap ($30), 3 gallons of Dishwasher wetting agent ($45), Microwave ($100), 118 Full-size sheet trays ($590), 8 Half-size sheet trays ($32), 6 medium Stock pots ($360), 7-22 qt Cambros ($98), 7-12 qt Cambros ($63), 12-8 qt Cambros ($72), 11-4 qt Cambro ($44), 2-2 qt Cambros($6), 4 full Speed racks ($600), Metro shelving freezer ($300), 2 Metro shelving fridges ($1,200), Rheem on-demand water heater ($2,000), 3 Metro shelving units ($900), 2 Bustub carts ($500), 2 cusButcher block tables ($800) Location: White River Junction - Kitchen** | April 25, 2023 | $0.00 | Recent cost | $47,555.00 |

| Debtor | **Piecemeal, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Dough sheeter ($4,300), Mop bucket ($200), File cabinet ($100), 3 Flour bins ($750), 3-bay sink ($1,900), Dishwasher ($3,500), 6 full hotel pans, 3 half hotel pans, 16-1/3 hotel pans, 20-1/6 hotel pans, 8-1/9 hotel pans, 6 bus tubs, 6 dishwasher racks ($300), 3-bay sink spray nozzle ($300), food dicer ($600)** | | | |
| **Location: White River Junction - Kitchen** | **April 2023** | $0.00     **Recent cost** | $11,950.00 |
| **Walk in Freezer ($18,219), 8 Freezer speed racks ($1,200), 3 Freezer shelvings ($900), office shelving ($150), office printer ($400), office file cabinet ($150), office chair ($80), office laptop ($400), office safe ($250), camera system ($600), 5 flour bins ($750), 3 door reach in fridge ($5,200), 2 door reach in freezer ($3,500), 6 metro shelving units($1,800), half speed rack ($100), 3 full speed rack ($450), bakers bench with rail ($883), 4 bakers tables ($2,696), prep table for mixer ($175), 20 qt mixer ($1,200), 12 bread loaf pans ($84), rational icombi oven large with hood ($21,858), rational icombi oven small with hood ($20,191), prep sink station ($1,118), 6 cutting boards ($120), 4 scales ($400), butcher block food cart ($350), prep table large ($500), prep table small ($320)** | | | |
| **Location: Stowe - Kitchen** | **April 26, 2023** | $0.00     **Recent cost** | $83,144.00 |

| Debtor | **Piecemeal, LLC** | | Case number *(If known)* | |
| | Name | | | |

**Prep table with upper shelving ($600), 3 large lexan containers ($150), dough sheetcooler work station with drawers ($3,200), deep fryer with vent ($24,274), 3 double induction burners 240v ($990), 2 single induction burners 120v ($240), fire extinguisher ($198), ansul system for food fryer ($3,000), 2 food carts ($500), dish rinse sink station ($718), 3 bay dish sink ($1,732), jackson dishwasher ($11,797), 3 large pots ($456), 4 medium pots ($480), 4 small pots ($160), 9 dishwasher racks ($180), 5 full sheet trays ($850), 10-9 inch spring form mold ($90) 15-8 qt cambros ($135), 2-12 qt cambros ($24), 5-22 qt cambro ($120), large strainer ($30), 3 medium lexan ($78), 6 full hotel pans($198), mop bucket ($150), strip warmer ($300), 3-3rd bay sanitizers ($60), 6 dish soaps ($24), walk in fridge ($8,550), 2 fridge metro shelving large ($600), fridge metro shelving small ($80), mini split AC wall unit ($1,500), robot coupe food processor ($2,200), Vacuum Sealer ($900) Location: Stowe - Kitchen**

| | April 2023 | | $0.00 | Recent cost | | $83,164.00 |

Debtor   **Piecemeal, LLC**
_____        Case number *(If known)*   _____
Name

**Custom banquet seating
($7,000), 4 small granite
tables ($1,000), medium
granite table ($300), 3
large granite tables
($1,050), 30 wood chairs
($3,360), 2 speakers
($250), book shelf
($300), mini split AC wall
unit ($1,500), 2 metro
shelving units ($500),
mop bucket ($120), 2
iPads ($600), speaker
reciever  ($220), 4 coffee
carafes ($200), 7 serving
trays ($70), 58 water
glasses ($174)
Location: Stowe - Dining
Room**                     **April 26, 2023**                      **$0.00**    **Recent cost**                      **$16,644.00**

Debtor  **Piecemeal, LLC**
Name

Case number *(If known)* _____

| | | | | |
|---|---|---|---|---|
| **Metro shelving ($280), food warmer ($300), dishwasher ($1,200), 3 bay sink ($1,150), food cart ($250), 5 trash cans($250), salad station cooler ($2,300), prep table ($289), 2 burner induction 120v ($180), 4 small pots ($160), 10 hot plate sizzle platers ($20), 1 door reach in fridge ($2,800), keg cooler 3 door ($3,000), under counter 2 door fridge ($2,000), winston food holder (warmer) ($3,600), hatco food warmer display case ($3,800), 6 sheet speed rack ($120), square pos computer ($700), cash drawer ($200), ticket receipt printer ($250), display cooler ($250), ice machine ($1,200), coffee maker  ($1,000), espresso machine ($3,400), espresso grinder ($630), 3 iPads ($900), 4 cake stands ($80), citrus juicer ($1,125), 54  beer glass ($162), 10 wine glasses ($20), 5 cider glasses ($10), 10 bar stools ($600), granite table ($300), retail display table ($1,500), retail display fridge ($800), 40 small plates enamelware ($280), 19 large plates enamelware ($190), and 16 half-sheet trays ($64)** | **April 26, 2023** | **$0.00** | **Recent cost** | **$35,360.00** |
| **2 Outdoor tables ($350), 18  Water glasses ($36), 48  Beer glasses ($144 ), 12 Wine glasses ($24), Large stock pot ($118), 2 Large lexan bins ($80) , 2-22 qt cambro ($28), Bustub cart ($250), Speed rack full ($150), 20 boxes of miscellaneous  paper goods ($600) Location: White River Junction - Basement** | **April 25, 2023** | **$0.00** | **Recent cost** | **$1,780.00** |

Debtor   **Piecemeal, LLC**                                    Case number *(If known)* _____
_____
Name

| 23. | **Total of Part 5.** | | $305,322.00 |
|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| Debtor | **Piecemeal, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| 55.1. | **Hybrid Water Heater ($2,600), Two 3-phase 20 HP converters ($12,300), 3-phase 30 HP converter ($9,400) and exterior Transformer Box ($2,200) installed and improving the real property located at 112 Main Street, Stowe, Vermont Location: Stowe - Mechanical Room** | Tenant | $0.00 | Recent cost | $26,500.00 |
|---|---|---|---|---|---|

**56.**  **Total of Part 9.**

$26,500.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** **Website - www.piecemealpies.com** | $0.00 | | $0.00 |
| **62.** **Licenses, franchises, and royalties** **Food service licence through State of Vermont** | $0.00 | | $0.00 |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.**  **Total of Part 10.**

$0.00

Add lines 60 through 65. Copy the total to line 89.

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No

| Debtor | **Piecemeal, LLC** | Case number *(If known)* | |
|--------|--------------------|--------------------------|---|
| | Name | | |

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|--|-----------------------------------|

71.  **Notes receivable**
   Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**
   **Workers compensation and employer's liability insurance policy issued through Sequoia Insurance Company, 17771 Cowan, Suite 100,  Irvine, CA 92614**      $0.00

   **Business owner's insurance policy issued through Co-Operative Insurance Companies, P.O. Box 5890, Middlebury, Vermont 05753**      $0.00

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**      $0.00

   Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor    **Piecemeal, LLC**_____    Case number *(if known)* _____
        Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,179.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $305,322.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $26,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $312,101.00 | + 91b. $26,500.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $338,601.00 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Piecemeal, LLC**

United States Bankruptcy Court for the:    DISTRICT OF VERMONT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Affirm, Inc.** | | |
|---|---|---|---|

| | **Describe debtor's property that is subject to a lien**<br>**Water Heater** | **$1,229.92** | **$0.00** |
|---|---|---|---|

Creditor's Name

**30 Isabella St, Floor 4,
Pittsburgh, PA 15212**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Ascentium Capital, LLC** | | |
|---|---|---|---|

Creditor's Name

| | **Describe debtor's property that is subject to a lien**<br>**The equipment, inventory, and personal property related thereto financed under, covered by or described in the lease, rental, equipment finance agreement or installment payment agreement designated as Agreement No. 2609024** | **$135,101.00** | **Unknown** |
|---|---|---|---|

**23970 Highway 59 North
Kingwood, TX 77339**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**June 30, 2021**

**Last 4 digits of account number**
**9024**

Debtor   **Piecemeal, LLC**

Name

Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Channel Partners Capital** | Describe debtor's property that is subject to a lien | $50,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd.**
**Minnetonka, MN 55305**

Creditor's mailing address

**All assets of the Debtor now owned or hereafter acquired**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**February 10, 2023**

**Last 4 digits of account number**
**6241**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Community Capital of Vermont** | Describe debtor's property that is subject to a lien | $22,750.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**105 North Main Street**
**P.O Box 342**
**Barre, VT 05641**

Creditor's mailing address

**A shared first priority security interest in all current and future business assets, including machinery, furnishings, furniture, fixtures, equipment, inventory, contract rights, securities, trade names, accounts receivable, and insurance**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 6, 2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **North Star Leasing** | Describe debtor's property that is subject to a lien | $4,100.00 | $0.00 |
|---|---|---|---|---|

Debtor   **Piecemeal, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | **Central Exclusive EV18 High-Temp Undercounter Dishwasher - Stainless Steel 1) Kratos Refrigeration 69K-771HC 6l"W Sandwich/Salad Prep Table, 16 Pan Capacity 1) Manitowoc NEO 310 Undercounter Ice Machine, Air Cooled, Up to 290 lbs. Productio** |
| **A Division of People's United Bank P.O. Box 4505 Burlington, VT 05406** | |
| Creditor's mailing address | **Describe the lien** _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **November 2021** | |
| **Last 4 digits of account number** | |
| **3807** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.6 | **North Star Leasing** | **Describe debtor's property that is subject to a lien** | $10,600.00 | $0.00 |

| | |
|---|---|
| Creditor's Name | **Equipment lease for Blodgett Electric Convection Oven, Model ZEPH-100-E SGL 1) Robot Coupe CL50 - Continuous Feed Food Processor with Bonus Disc, Model 455-013** |
| **A Division of People's United Bank P.O. Box 4505 Burlington, VT 05406** | |
| Creditor's mailing address | **Describe the lien** _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **05/09/2020** | |
| **Last 4 digits of account number** | |
| **8225** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| 2.7 | **TimePayment Corp.** | **Describe debtor's property that is subject to a lien** | $12,000.00 | $0.00 |

| | |
|---|---|
| Creditor's Name | **Commercial Equipment Lease for Vollrath 924HIMC Cayenne Four Hob Heavy Duty Induction Hot Plate with Manual Controls 208/240V** |
| **1600 District Avenue Suite 200 Burlington, MA 01803** | |
| Creditor's mailing address | **Describe the lien** _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |

**Debtor**  **Piecemeal, LLC**
Name

Case number *(if known)* _____

**Date debt was incurred**
**April 2021**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6081**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **TimePayment Corp.** | Describe debtor's property that is subject to a lien | $5,400.00 | $0.00 |

Creditor's Name

**200 Summit Drive**
**Suite 100**
**Burlington, MA 01803**

**Commercial Equipment Lease for Refrigerator, Espresso Machine and Other Equipment**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**November 2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1816**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $298,600.00 | $0.00 |

Creditor's Name

**2 North 20th Street, Suite 320**
**Birmingham, AL 35203**

**All tangible and intangible personal property**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**April 20, 2020**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7202**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 0 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

---

Debtor   **Piecemeal, LLC**                                             Case number (if known) _____

Creditor's Name
_____

**2 North 20th Street, Suite 320**
**Birmingham, AL 35203**

**All tangible and intangible personal property**
_____

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**February 5, 2022**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**9105**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | **Vermont State Employee's Credit Union** | **Describe debtor's property that is subject to a lien** | $43,202.00 | $0.00 |

Creditor's Name
**All shares and deposits**

**One Bailey Avenue**
**P.O. Box 67**
**Montpelier, VT 05601**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**January 2022**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**6018**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      | **$582,982.92** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Community Capital of Vermont**<br>**171 Bridge  Street**<br>**White River Junction, VT 05001** | Line  **2.4** | |

---

Debtor   **Piecemeal, LLC**_____        Case number (*if known*) _____
                    Name

**CT Corporation System, as representative**
**330 N Brand Boulevard**                              Line   **2.2**
**Suite 700, Attn: SPRS**
**Glendale, CA 91203**

**U.S. Small Business Administration**
**Office of Disaster Assistance**                      Line   **2.9**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

| Fill in this information to identify the case: |
|---|

Debtor name   **Piecemeal, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $533.00 | $533.00 |
| | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Federal income tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Josh Brown**<br>**PO Box 782**<br>**South Royalton, VT 05068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 | $1,000.00 |
| | Date or dates debt was incurred<br>**April 21, 2023 - April 30, 2023** | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Piecemeal, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,853.73 | $4,853.73 |
|---|---|---|---|---|

**Vermont Department of Taxes**
**Bankruptcy Unit, 3rd Floor**
**109 State Street**
**P.O. Box 429**
**Montpelier, VT 05601-0429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Meals & Rooms Tax (WRJ and Stowe)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |
|---|---|---|---|

**Aaron Rice**
**272 Gold Brook Cir.**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/22/2021**

Basis for the claim: **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.31 |
|---|---|---|---|

**Adam Laufersweiler**
**9 Griggs Street**
**Dracut, MA 01826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/17/2021**

Basis for the claim: **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171.13 |
|---|---|---|---|

**Alexandra Drogus**
**10 Pratt Stret**
**Apartment 2**
**Salem, MA 01970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/11/2021**

Basis for the claim: **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.76 |
|---|---|---|---|

**Allen Sawyer**
**217 W. 3rd Street**
**Port Angeles, WA 98362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/28/2021**

Basis for the claim: **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |
|---|---|---|---|

**Andrew Morse**
**386 Booth Road**
**Chattanooga, TN 37411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04/16/2021**

Basis for the claim: **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Piecemeal, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,199.43**

**ARC Mechanical**
P.O. Box 724
229 Depot Street
Bradford, VT 05033

**Date(s) debt was incurred** November 2022-April 2023

**Last 4 digits of account number** 0744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Machinery service

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,506.85**

**Arun Mehra**
104 Blueberry Hill Dr.
Hanover, NH 03755

**Date(s) debt was incurred** 02/22/2021

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Agreement via MainVest

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$855.68**

**Austin DeLonge**
3312 N. Kenmore Ave.
Apartment 3
Chicago, IL 60657

**Date(s) debt was incurred** 02/21/2021

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Agreement via MainVest

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.13**

**Ben Anderson**
77 W. 4800 N.
Unit A202
Provo, UT 84604

**Date(s) debt was incurred** 04/21/2021

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Agreement via MainVest

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**BlueVine, Inc.**
401 Warren Street
Suite 300
Redwood City, CA 94063

**Date(s) debt was incurred** November 2022

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Finance agreement

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$438.41**

**Brayan Lozano**
6 Louisburg Sq.
Nashua, NH 03060

**Date(s) debt was incurred** 03/04/2021

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Agreement via MainVest

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,169.09**

**Brian O'Neill**
815 South Street
Portsmouth, NH 03801

**Date(s) debt was incurred** 03/09/2021

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investor Agreement via MainVest

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor   **Piecemeal, LLC**
         Name                                                    Case number (if known)

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.15** |

**Brian Resnevic**
**421 Prospect Street**
**Apartment 4**
**Pawtucket, RI 02860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/30/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.13** |

**Cael Chappell**
**6435 El Caminito do Guadalupe Rd. NW**
**Los Ranchos, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/17/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,563.32** |

**Capital One Bank, N.A.**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Various

Basis for the claim:  **Credit Card**

Last 4 digits of account number  0131

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.15** |

**Carl McPherson**
**1817 Allston Way**
**Unit A**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/01/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$317.28** |

**Carl Onuchovsky**
**20 Sycamore Drive**
**Medford, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/29/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |

**Casella Waste Services**
**P.O. Box 1372**
**Williston, VT 05495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  February 2023

Basis for the claim:  **Waste disposal**

Last 4 digits of account number  4971

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |

**Charles Jones Jr.**
**8 Sloop Road**
**Grand Isle, VT 05458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/25/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,607.50** |
|---|---|---|---|

**Charles Quintas**
**40 Church Street**
**Enfield, CT 06082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/20/2021**

Last 4 digits of account number _

**Basis for the claim:   Investor Agreement via MainVest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |
|---|---|---|---|

**Chelsea Clays**
**1003 Barrington Cv.**
**Austin, TX 78753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/27/2021**

Last 4 digits of account number _

**Basis for the claim:   Investor Agreement via MainVest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.13** |
|---|---|---|---|

**Christian Lunsford**
**1714 E. Kane Place**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/20/2021**

Last 4 digits of account number _

**Basis for the claim:   Investor Agreement via MainVest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$876.82** |
|---|---|---|---|

**Christine Geisler**
**P.O. Box 32**
**Bridgewater Corners, VT 05035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/24/2021**

Last 4 digits of account number _

**Basis for the claim:   Investor Agreement via MainVest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,022.95** |
|---|---|---|---|

**Christine Tudisco**
**30 June Marie Lane**
**Murphy, NC 28906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/26/2021**

Last 4 digits of account number _

**Basis for the claim:   Investor Agreement via MainVest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |
|---|---|---|---|

**Christopher Manatis-Lornell**
**1013 Broadway**
**Somerville, MA 02144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/17/2021**

Last 4 digits of account number _

**Basis for the claim:   Investor Agreement via MainVest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,306.85** |
|---|---|---|---|

**Christopher Perrotti**
**233 Hollow View Road**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/09/2021**

Last 4 digits of account number _

**Basis for the claim:   Investor Agreement via MainVest**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$578.54** |
|---|---|---|---|

**Cintas**
**156 Avenue B**
**Williston, VT 05495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2023**

**Basis for the claim:**  **Cleaning supplies and linens**

Last 4 digits of account number  **9573**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$438.41** |
|---|---|---|---|

**Cody Hussey**
**192 Prospect Hill  Road**
**Canaan, NH 03741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/01/2021**

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$191.90** |
|---|---|---|---|

**Comcast Business**
**P.O. Box 6505**
**Chelmsford, MA 01824-0905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2023**

**Basis for the claim:**  **Telecommunications service**

Last 4 digits of account number  **9441**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,192.05** |
|---|---|---|---|

**Connie Mendell**
**3485 VT Route 100 S**
**Rochester, VT 05767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/12/2021**

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$365.35** |
|---|---|---|---|

**Cori Hirai**
**115 Seminary Hill**
**West Lebanon, NH 03784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/09/2021**

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115.00** |
|---|---|---|---|

**Dan Eckstein**
**Discovery Map of the Upper Valley**
**P.O. Box 374**
**Warren, VT 05674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2023**

**Basis for the claim:**  **White River Junction Group Advertisement**

Last 4 digits of account number  **2010**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$146.13** |
|---|---|---|---|

**Daniel Brown**
**2379 E. Santa Ynez Drive**
**Casa Grande, AZ 85194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/20/2021**

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

**3.34** Nonpriority creditor's name and mailing address
**Daniel Woodbury**
P.O. Box 285
Lyndonville, VT 05851

Date(s) debt was incurred  03/05/2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Agreement via MainVest

Is the claim subject to offset? ■ No ☐ Yes

**$292.27**

**3.35** Nonpriority creditor's name and mailing address
**Darrius Thompson**
1366 Saint Johns Place
Brooklyn, NY 11213

Date(s) debt was incurred  04/25/2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Agreement via MainVest

Is the claim subject to offset? ■ No ☐ Yes

**$2,484.33**

**3.36** Nonpriority creditor's name and mailing address
**David Quirk**
84 West Street
Easthampton, MA 01027

Date(s) debt was incurred  03/01/2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Agreement via MainVest

Is the claim subject to offset? ■ No ☐ Yes

**$438.41**

**3.37** Nonpriority creditor's name and mailing address
**Dawn Palazzo**
1395 Founders Way
Harrisonburg, VA 22802

Date(s) debt was incurred  03/10/2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Agreement via MainVest

Is the claim subject to offset? ■ No ☐ Yes

**$292.27**

**3.38** Nonpriority creditor's name and mailing address
**Dawn Varacchi-Ives**
4 Shelly Lane
Ayer, MA 01432

Date(s) debt was incurred  03/23/2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Agreement via MainVest

Is the claim subject to offset? ■ No ☐ Yes

**$7,306.85**

**3.39** Nonpriority creditor's name and mailing address
**Elizabeth Gadbois**
846 W. Hill Road
Stowe, VT 05672

Date(s) debt was incurred  04/01/2021
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investor Agreement via MainVest

Is the claim subject to offset? ■ No ☐ Yes

**$730.68**

**3.40** Nonpriority creditor's name and mailing address
**ERC Specialists**
560 E Timpanogos Circle
Orem, UT 84097

Date(s) debt was incurred  2023
Last 4 digits of account number  9550

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee retention filing

Is the claim subject to offset? ■ No ☐ Yes

**$16,667.25**

| Debtor | **Piecemeal, LLC** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.13** |
|---|---|---|---|

**Eric Adamowsky**
**4744 Sabre Lane**
**Manlius, NY 13104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/20/2021**

**Basis for the claim:   Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$855.68** |
|---|---|---|---|

**Evan Weaver**
**9476 150th Ct. N.**
**Jupiter, FL 33478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/19/2021**

**Basis for the claim:   Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172.33** |
|---|---|---|---|

**Fred's Energy**
**288 Bridge Street**
**Morrisville, VT 05661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **January 2023-March 2023**

**Basis for the claim:   Fuel delivery serivce**

Last 4 digits of account number  **5086**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |
|---|---|---|---|

**Gabriel Brison-Trezise**
**P.O. Box 11**
**Thetford, VT 05074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/18/2021**

**Basis for the claim:   Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.13** |
|---|---|---|---|

**Gabrielle Uitti**
**16 Harcourt Street**
**Apartment 1D**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/08/2021**

**Basis for the claim:   Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$575.00** |
|---|---|---|---|

**Garnet Publishing, LLC**
**Discovery Map International, Inc.**
**P.O. Box 726**
**5197 Main Street**
**Waitsfield, VT 05673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:   Advertising**

Last 4 digits of account number  **3265**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Gates-Briggs Building Trust**
**P.O. Box 85**
**c/o David Briggs, Trustee**
**White River Junction, VT 05001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Landlord for White River Junction location**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Piecemeal, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |

**Gaurav Kumar**
**481 N. Santa Cruz**
**PMB 287**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/22/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |

**Gene Cullen**
**112 S. Main Street**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/14/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.68 |

**Giavanna Munafo**
**1424 Neal Road**
**White River Junction, VT 05001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/04/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,742.22 |

**Green Mountain Power**
**P.O. Box 74**
**Brattleboro, VT 05302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Electric utility service**

Last 4 digits of account number  **8543**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.68 |

**Greer Mellon**
**45 W. 86h St.**
**Apartment 9**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/09/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |

**Gregory Lellis**
**207 Castlepointe Ct.**
**Unit 307**
**Weaverville, NC 28787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/06/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $593.37 |

**Gretchen Graner**
**P.O. Box 104**
**South Strafford, VT 05070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/01/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |
|---|---|---|---|

**Heather Madigan**
**95 Ludlow Street**
**Saratoga Springs, NY 12866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/22/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$438.41** |
|---|---|---|---|

**Helen Flynn**
**18404 Summer Wind Lane**
**South Bend, IN 46637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/17/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,693.78** |
|---|---|---|---|

**Hillcrest Foods**
**217 Edie Road**
**Saratoga Springs, NY 12866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2023-April 2023**

Basis for the claim:  **Food Vendor**

Last 4 digits of account number  **6110**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,653.41** |
|---|---|---|---|

**Hong Lee**
**509 William Street**
**River Forest, IL 60305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/04/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.13** |
|---|---|---|---|

**Howard Brown**
**225 Sanborn Road**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$342.27** |
|---|---|---|---|

**Ian Wellinghurst**
**8 Garden Street**
**Tequesta, FL 33469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/02/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |
|---|---|---|---|

**James Leppert**
**55 Foreester St.**
**Salem, MA 01970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/18/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Piecemeal, LLC**

Name

Case number *(if known)*

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |

**Janelle Christine Simmons**
**4415 Colden Street**
**Apartment 4M**
**Flushing, NY 11355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/22/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |

**Janice St. Onge**
**438 Black Bear Run**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |

**Jasmine Nadeau**
**54 Westgate Road**
**Plainfield, NH 03781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/30/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.15 |

**Jason Szelog**
**2 Otis Place**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/02/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.15 |

**Java Joe's Coffee Equipment Service LLC**
**152 Gallagher Acres**
**Waterbury, VT 05676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2022**

Basis for the claim:  **Coffee Equipment Service**

Last 4 digits of account number  **3504**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $438.40 |

**Javier Manzano**
**3967 Gardenia Avenue**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $438.41 |

**Jeanne Hover**
**559 McIntosh Pond Road**
**South Royalton, VT 05068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/30/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$146.13** |
|---|---|---|---|

**Jennifer Brodsky**
**P.O. Box 28**
**Erwinna, PA 18920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/26/2021**

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$146.13** |
|---|---|---|---|

**Jennifer Curtin**
**121 Clermont Road**
**Washington, VT 05675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/13/2021**

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,461.37** |
|---|---|---|---|

**Jennifer MacMillen**
**P.O. Box 104**
**White River Junction, VT 05001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2021**

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,307.62** |
|---|---|---|---|

**Jerald Ward**
**214 Pennybrook Road**
**Randolph Center, VT 05061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/22/2021**

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$805.68** |
|---|---|---|---|

**Jeremy Stull**
**50 Walnut Street**
**Millis, MA 02054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/10/2021**

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$171.13** |
|---|---|---|---|

**Joe Joiner**
**3901 Byrnwyck Place NE**
**Brookhaven, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/30/2021**

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$730.68** |
|---|---|---|---|

**John Sakash**
**980 Pucker Street**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/19/2021**

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Piecemeal, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,922.73**

**Joon Ho Kim**
**103 Cobb Hill Road**
**Hartland, VT 05048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/11/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,857.51**

**Josh Perrye**
**5208 SW 24th Place**
**Cape Coral, FL 33914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/02/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$855.68**

**Joshua Brown**
**P.O. Box 782**
**South Royalton, VT 05068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/27/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,461.37**

**Julie Strohmeier**
**P.O. Box 7**
**Peacham, VT 05862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/31/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,383.00**

**Justin Barrett**
**P.O. Box 782**
**South Royalton, VT 05068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  March 2023

Basis for the claim:  **Unsecured personal loan from debtor's sole member**

Last 4 digits of account number  N/A

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,711.37**

**Justin Barrett**
**P.O. Box 296**
**White River Junction, VT 05001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/21/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$584.54**

**Justin Johnson**
**615 Higuera Road**
**Barre, VT 05641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/31/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.15 |
|---|---|---|---|

**Kabir Barua**
**6309 Connell Farm Drive**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/29/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171.13 |
|---|---|---|---|

**Karsten Frey**
**313 Allston Street**
**Apartment 8**
**Boston, MA 02135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/27/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,422.73 |
|---|---|---|---|

**Kathryn Dwulet**
**75 Flint Pond Drive**
**Hollis, NH 03049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/04/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |
|---|---|---|---|

**Katrina Austin**
**26 Keene Street**
**Stoneham, MA 02180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/16/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $438.40 |
|---|---|---|---|

**Kelly Kelly**
**P.O. Box 164**
**Rochester, VT 05767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/11/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,461.37 |
|---|---|---|---|

**Kent Hersom**
**93A Gillette Street**
**Wilder, VT 05088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/09/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171.13 |
|---|---|---|---|

**Kevin Bligh**
**40 Glenmore Lane**
**Bridgewater, MA 02324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/19/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Piecemeal, LLC**
_____
Name                                                       Case number (if known) _____

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.68 |

**Kirsten Detrick**
**2 Elm Road**
**Etna, NH 03750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/01/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,902.00 |

**KL Accounting, Inc.**
**842 Hartford Avenue**
**Attn: Kimberly J. LaBarge**
**White River Junction, VT 05001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022 & 2023

Basis for the claim:  **Accounting Services**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.13 |

**Kristen Grace**
**300 Anthony Avenue**
**Unit 408**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/10/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,863.69 |

**Kristofer Anderson**
**316 Hall Road**
**Lincoln, VT 05443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/31/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.68 |

**Kyle Schneider**
**2166 Godfrey Road**
**East Thetford, VT 05043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/31/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.13 |

**Kyle Trombley**
**437 Shawmut Avenue**
**Unit 2**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/01/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $855.68 |

**Lars Blackmore**
**37 Turnpike Road**
**Norwich, VT 05055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/12/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.13** |
|---|---|---|---|

**Laura Brosnan**
**7 Giddings Avenue**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/08/2021**

Last 4 digits of account number _

**Basis for the claim:  Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.13** |
|---|---|---|---|

**Lon Isaacson**
**258 Eastgate Drive**
**Cheshire, CT 06410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/31/2021**

Last 4 digits of account number _

**Basis for the claim:  Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.13** |
|---|---|---|---|

**Loric Madramootoo**
**3415 Knox Place**
**Apartment 3D**
**Bronx, NY 10467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2021**

Last 4 digits of account number _

**Basis for the claim:  Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292.30** |
|---|---|---|---|

**Lynn Graham**
**25 Fairfax Street**
**Somerville, MA 02144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/15/2021**

Last 4 digits of account number _

**Basis for the claim:  Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |
|---|---|---|---|

**Maggie Wilson**
**31 Pleasant Street**
**Barre, VT 05641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/10/2021**

Last 4 digits of account number _

**Basis for the claim:  Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MainVest, Inc.**
**81 Washington Street**
**Suite 201**
**Salem, MA 01970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number _

**Basis for the claim:  Crowdfunding - MainVest received funds from "investors" who loaned funds to the debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |
|---|---|---|---|

**Margaret Doyle**
**7609 Tanglewood Road**
**Richmond, VA 23225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/18/2021**

Last 4 digits of account number _

**Basis for the claim:  Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Piecemeal, LLC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

**3.104**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$730.68** |
|---|---|---|

Margaret Powell
900 Tower Road
Bethel, VT 05032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/27/2021

**Basis for the claim:**  Investor Agreement via MainVest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$365.35** |
|---|---|---|

Maria Aranzazu Perales Garcia
5 Hilltop Drive
Hanover, NH 03755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/04/2021

**Basis for the claim:**  Investor Agreement via MainVest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,922.73** |
|---|---|---|

Mary Jean Mueckenheim
30 Ascutney Street
Windsor, VT 05089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/28/2021

**Basis for the claim:**  Investor Agreement via MainVest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300.00** |
|---|---|---|

Mascoma Savings Bank
243 Sykes Mountain Avenue
P.O. Box 4399
White River Junction, VT 05001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible bank overdraft

Last 4 digits of account number  5297

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,711.37** |
|---|---|---|

Matthew Garraton
753 Seneca Creek Road
Unit B
Buffalo, NY 14224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/09/2021

**Basis for the claim:**  Investor Agreement via MainVest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$146.13** |
|---|---|---|

McKayne Boedeker
16 Pearl Street
Concord, NH 03301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/03/2021

**Basis for the claim:**  Investor Agreement via MainVest

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,040.00** |
|---|---|---|

McNamara Dairy Products
259 River Road
Plainfield, NH 03781

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  October 2022-April 2023

**Basis for the claim:**  Dairy Products

Last 4 digits of account number  1500

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Piecemeal, LLC**
_____
Name

| | |
|---|---|

**3.111**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$438.46**

**Melissa Magdziasz**
**16 Alvin Lane**
**Eliot, ME 03903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   06/27/2021

**Basis for the claim:**   **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.112**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$855.68**

**Michael Frysinger**
**33 Rose Street**
**Somerville, MA 02143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   01/30/2021

**Basis for the claim:**   **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.113**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$1,461.37**

**Michael Jones**
**12948 W. Apodaca Drive**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   03/31/2021

**Basis for the claim:**   **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.114**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$146.15**

**Michael Namath**
**9321 Reach Road**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   06/10/2021

**Basis for the claim:**   **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.115**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$855.68**

**Morgan O'Donnell**
**15 N. Park Street**
**Apartment 2**
**Watertown, MA 02472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   02/14/2021

**Basis for the claim:**   **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.116**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$100.00**

**Mountain View Publishing, LLC**
**135 Lyme Road**
**Hanover, NH 03755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   2023

**Basis for the claim:**   **Advertising**

Last 4 digits of account number   4214

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.117**    Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: *Check all that apply.*      **$730.68**

**Nancy Dennis**
**1302 New Boston Road**
**Norwich, VT 05055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   03/30/2021

**Basis for the claim:**   **Investor Agreement via MainVest**

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.27 |
|---|---|---|---|

**Nancy Smith**
**259 Shaker Hill Road**
**Enfield, NH 03748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/29/2021

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $513.41 |
|---|---|---|---|

**Nicholas Donahue**
**P.O. Box 734**
**Sullivans Island, SC 29482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/05/2021

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.27 |
|---|---|---|---|

**Noah Crane**
**134 Stevens Road**
**Lebanon, NH 03766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/01/2021

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.68 |
|---|---|---|---|

**Nora Frisch**
**8 Valleyview Drive**
**Essex Junction, VT 05452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/23/2021

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.27 |
|---|---|---|---|

**Patricia Santos**
**708 Haggin Place**
**Lexington, KY 40504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/16/2021

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.26 |
|---|---|---|---|

**Patrick Patrick**
**P.O. Box 957**
**Provincetown, MA 02657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/30/2021

**Basis for the claim:**  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,806.70 |
|---|---|---|---|

**Performance Foodservice - Black River**
**P.O. Box 489**
**North Springfield, VT 05150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  March 2023-April 2023

**Basis for the claim:**  **Food Vendor**

Last 4 digits of account number  2480

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Piecemeal, LLC** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,874.67** |
|---|---|---|---|

**Performance Foodservice - Black River**
**P.O. Box 489**
**North Springfield, VT 05150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March 2023-April 2023**

Basis for the claim: **Food Vendor**

Last 4 digits of account number **5291**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,922.73** |
|---|---|---|---|

**Phenu Zachariah**
**1135 Castle Drive**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04/01/2021**

Basis for the claim: **Investor Agreement via MainVest**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |
|---|---|---|---|

**Rachel Steed**
**7412 Mountain Road**
**Unit 142**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/31/2021**

Basis for the claim: **Investor Agreement via MainVest**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$513.41** |
|---|---|---|---|

**Rajan Bhandari**
**744 San Jule Court**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/15/2021**

Basis for the claim: **Investor Agreement via MainVest**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |
|---|---|---|---|

**Ralph Manuel**
**19 Willow Spring Circle**
**Hanover, NH 03755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/07/2021**

Basis for the claim: **Investor Agreement via MainVest**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$438.41** |
|---|---|---|---|

**Raphael Sacks**
**101 Lafountain Street**
**Burlington, VT 05401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/04/2021**

Basis for the claim: **Investor Agreement via MainVest**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292.31** |
|---|---|---|---|

**Raquel De Sousa**
**51 Wheatland Street**
**Apartment 2**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/05/2021**

Basis for the claim: **Investor Agreement via MainVest**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.13** |
|---|---|---|---|

**Rebecca Siegel**
**896 Route 132**
**Thetford Center, VT 05075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/01/2021**

**Basis for the claim:  Investor Agreement via MainVest**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Red Carriage House, LLC**
**PO Box 948**
**Westhampton Beach, NY 11978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 1, 2021**

**Basis for the claim:  Landlord for Stowe location**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,534.21** |
|---|---|---|---|

**Robert Cone**
**5639 Broad Brook Road**
**South Royalton, VT 05068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/25/2021**

**Basis for the claim:  Investor Agreement via MainVest**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |
|---|---|---|---|

**Robert Kenley Freeman**
**4247 Brook Road**
**Barre, VT 05641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/01/2021**

**Basis for the claim:  Investor Agreement via MainVest**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,461.37** |
|---|---|---|---|

**Robin Kilfeather-Mackey**
**280 NH Route 120**
**Cornish, NH 03745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/01/2021**

**Basis for the claim:  Investor Agreement via MainVest**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$730.68** |
|---|---|---|---|

**Roxanna Nazari**
**17 Brenner Road**
**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/26/2021**

**Basis for the claim:  Investor Agreement via MainVest**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,422.73** |
|---|---|---|---|

**Salena Casha**
**321 Franklin Street**
**Unit 1**
**Cambridge, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/30/2021**

**Basis for the claim:  Investor Agreement via MainVest**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.68 |
|---|---|---|---|

**Sally Horton**
**32 Pullman Lane**
**White River Junction, VT 05001**

Date(s) debt was incurred  **04/01/2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,899.78 |
|---|---|---|---|

**Sara Farley**
**129 Bryan Road**
**Stowe, VT 05672**

Date(s) debt was incurred  **04/01/2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,586.36 |
|---|---|---|---|

**Sarah Brookes-Govero**
**98 Croydon Tpke.**
**Plainfield, NH 03781**

Date(s) debt was incurred  **04/15/2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |
|---|---|---|---|

**Sarah Callander**
**608 E. Woodstock Road**
**Woodstock, VT 05091**

Date(s) debt was incurred  **04/01/2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,613.68 |
|---|---|---|---|

**Sarah Greiche Vroots, Inc.**
**1051 Notchbrook Road**
**Stowe, VT 05672**

Date(s) debt was incurred  **03/31/2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,020.00 |
|---|---|---|---|

**Scuttleship Farm, LLC**
**2214 Arnold Bay Road**
**Attn: Anna Hooper**
**Panton, VT 05491**

Date(s) debt was
incurred  **January 2023-February 2023**

Last 4 digits of account number  **1059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Mutton Stew deliveries**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $438.41 |
|---|---|---|---|

**Sean Delmore**
**P.O. Box 1218**
**Morrisville, VT 05661**

Date(s) debt was incurred  **02/23/2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Piecemeal, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,461.37** |

**Sean Hammond**
**18 Laurel Drive**
**Hadley, MA 01035**

Date(s) debt was incurred  03/31/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292.27** |

**Shannon Doney**
**18404 Summer Wind Lane**
**South Bend, IN 46637**

Date(s) debt was incurred  03/30/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$409.76** |

**Singer Kittredge**
**618 Route 3A**
**Bow, NH 03304**

Date(s) debt was incurred  **November 2022**

Last 4 digits of account number  **4084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Kitchen supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,500.00** |

**Square Financial Services**
**3165 E Millrock Drive**
**Suite 160**
**Salt Lake City, UT 84121**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,461.37** |

**Stephen Foxwell**
**281 Warren Street**
**Apartment 1**
**Brooklyn, NY 11201**

Date(s) debt was incurred  03/31/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171.13** |

**Steven Bootsma**
**3569 Cobblestone Court SE**
**Kentwood, MI 49512**

Date(s) debt was incurred  02/16/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,476.84** |

**Steven Strong**
**P.O. Box 242**
**Harvard, MA 01451**

Date(s) debt was incurred  07/02/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investor Agreement via MainVest**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.65 |
|---|---|---|---|

**Stowe Cable Systems**
**Stowe Cablevision, Inc.**
**172 Thomas Lane**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Telecommunications**

Last 4 digits of account number  **8839**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,869.25 |
|---|---|---|---|

**Stowe Electric**
**435 Moscow Road**
**Stowe, VT 05672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Electric Utility**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |
|---|---|---|---|

**Susan Barrett**
**1592 New Boston Road**
**Norwich, VT 05055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/20/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,306.85 |
|---|---|---|---|

**Susanne Abetti**
**923 Kings Highway**
**White River Junction, VT 05001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/03/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |
|---|---|---|---|

**Suzanne Simone**
**1739 Faybrook Road**
**Sharon, VT 05065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/27/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.71 |
|---|---|---|---|

**Swish White River Ltd.**
**P.O. Box 411431**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **May 2022-October 2022**

Basis for the claim:  **Paper goos and cleaning supplies**

Last 4 digits of account number  **5783**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.13 |
|---|---|---|---|

**Taylor Haynes**
**2145 Dothan Road**
**White River Junction, VT 05001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/01/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Piecemeal, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.31 |
|---|---|---|---|

**Thomas Malloy**
P.O. Box 781
Chatham, MA 02633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/14/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,461.37 |
|---|---|---|---|

**Thomas Simmons**
2320 Popple Dungeon Road
Chester, VT 05143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/22/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $855.68 |
|---|---|---|---|

**Timothy Counihan**
421 Willow Brook Road
Plainfield, NH 03781

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/18/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.27 |
|---|---|---|---|

**Timothy Lockwood**
40 Denise Lane
Feeding Hills, MA 01030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/12/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513.41 |
|---|---|---|---|

**Timothy McLaughlin**
12 Franconia Avenue
Natick, MA 01760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/11/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.68 |
|---|---|---|---|

**Timothy Medland**
1937 Middletown Road
Londonderry, VT 05148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/31/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.13 |
|---|---|---|---|

**Timothy Rundle**
383 Essex Court
Perkasie, PA 18944

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/16/2021

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Piecemeal, LLC**
                              Name
                                                                Case number *(if known)*

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,711.37 |

**Tonya Martin-Dunlap**
**365 Calvert Avenue**
**Webster Groves, MO 63119**

Date(s) debt was incurred  **02/20/2021**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Agreement via MainVest**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $855.68 |

**Tracy Brown**
**817 N. Lawrence Street**
**Philadelphia, PA 19123**

Date(s) debt was incurred  **02/14/2021**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Agreement via MainVest**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $426.00 |

**Valley Service Inc.**
**687 Lowell Street**
**Methuen, MA 01844**

Date(s) debt was incurred  **January 2023**

Last 4 digits of account number  **7915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Equipment Service**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.95 |

**Vermont Artisan Coffee & Tea, Co.**
**P.O. Box 249**
**Waterbury Center, VT 05677**

Date(s) debt was incurred  **December 2022**

Last 4 digits of account number  **8111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tea**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,367.00 |

**Vermont Chamber of Commerce**
**PO Box 37**
**Montpelier, VT 05601**

Date(s) debt was incurred  **February 2023**

Last 4 digits of account number  **9557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Vermont Fire Extinguisher, Inc.**
**196 Merchant Street**
**Barre, VT 05641**

Date(s) debt was incurred  **March 2023**

Last 4 digits of account number  **9598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service call**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.04 |

**Vermont Fire Extinguisher, Inc.**
**196 Merchant Street**
**Barre, VT 05641**

Date(s) debt was incurred  **March 2023**

Last 4 digits of account number  **0963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service call, inspection, tests**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Piecemeal, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,574.00 |
|---|---|---|---|

**Whitney Pension Associates, Inc.**
**P.O. Box 1253**
**Quechee, VT 05059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Retirement Plan Administration**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.68 |
|---|---|---|---|

**William Gunning**
**28 Hatch Road**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/01/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,538.27 |
|---|---|---|---|

**WRIC2, LLC**
**P.O. Box 243**
**East Randolph, VT 05041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/01/2021**

Basis for the claim:  **Investor Agreement via MainVest**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Block, Inc.**<br>**P.O. Box 427069**<br>**San Francisco, CA 94142** | Line  **3.149**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Celtic Bank Corporation**<br>**268 South State Street**<br>**Suite 300**<br>**Salt Lake City, UT 84111** | Line  **3.10**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **Jack Kauders, Esq.**<br>**P.O. Box 501**<br>**1523 Maple Street**<br>**Hartford, VT 05047** | Line  **3.47**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 6,386.73 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 368,860.28 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ | 375,247.01 |

**Fill in this information to identify the case:**

Debtor name   **Piecemeal, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Cook line equipment for Stowe location** <br><br> State the term remaining — **38 Months** <br><br> List the contract number of any government contract | **Ascentium Capital, LLC** <br> **23970 Highway 59 North** <br> **Kingwood, TX 77339** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for commercial space in White River Junction, Vermont** <br><br> State the term remaining — **42 Months** <br><br> List the contract number of any government contract | **Gates-Briggs Building Trust** <br> **P.O. Box 85** <br> **c/o David Briggs, Truste** <br> **White River Junction, VT 05001** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Dishwaher, Sandwich/Salad Prep Table and Ice Machine** <br><br> State the term remaining — **42 Months** <br><br> List the contract number of any government contract | **North Star Leasing** <br> **A Division of People's United Bank** <br> **P.O. Box 4505** <br> **Burlington, VT 05406** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **North Star Leasing** <br> **A Division of People's United Bank** <br> **P.O. Box 4505** <br> **Burlington, VT 05406** |

Debtor 1   **Piecemeal, LLC**                                                    Case number (*if known*)
           First Name          Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for commercial space located at 112 Main Street, Stowe, Vermont** | |
| State the term remaining — **37 Months** | **Red Carriage House, LLC**<br>**PO Box 948**<br>**Westhampton Beach, NY 11978** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Equipment Lease for Vollrath 924HIMC Cayenne Four Hob Heavy Duty Induction Hot Plate with Manual Controls 208/240V** | |
| State the term remaining | **TimePayment Corp.**<br>**1600 District Avenue**<br>**Suite 200**<br>**Burlington, MA 01803** |
| List the contract number of any government contract | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Piecemeal, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF VERMONT |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **Affirm, Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **ARC Mechanical** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.3 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **BlueVine, Inc.** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.4 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **Capital One Bank,<br>N.A.** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.5 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **Casella Waste<br>Services** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |

---

| ▮ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Josh Brown | PO Box 782<br>South Royalton, VT 05068 | Channel Partners<br>Capital | ▮ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Josh Brown | PO Box 782<br>South Royalton, VT 05068 | Cintas | ☐ D ____<br>▮ E/F __3.27__<br>☐ G ____ |
| 2.8 | Josh Brown | PO Box 782<br>South Royalton, VT 05068 | Comcast Business | ☐ D ____<br>▮ E/F __3.29__<br>☐ G ____ |
| 2.9 | Josh Brown | PO Box 782<br>South Royalton, VT 05068 | Community Capital of<br>Vermont | ▮ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Josh Brown | PO Box 782<br>South Royalton, VT 05068 | Dan Eckstein | ☐ D ____<br>▮ E/F __3.32__<br>☐ G ____ |
| 2.11 | Josh Brown | PO Box 782<br>South Royalton, VT 05068 | Fred's Energy | ☐ D ____<br>▮ E/F __3.43__<br>☐ G ____ |
| 2.12 | Josh Brown | PO Box 782<br>South Royalton, VT 05068 | Gates-Briggs<br>Building Trust | ☐ D ____<br>▮ E/F __3.47__<br>☐ G ____ |
| 2.13 | Josh Brown | PO Box 782<br>South Royalton, VT 05068 | Green Mountain<br>Power | ☐ D ____<br>▮ E/F __3.51__<br>☐ G ____ |

| Debtor | **Piecemeal, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

| ▮ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Hillcrest Foods** | ☐ D _____<br>▮ E/F __3.57__<br>☐ G _____ |
|---|---|---|---|---|
| 2.15 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Internal Revenue Service** | ☐ D _____<br>▮ E/F __2.1__<br>☐ G _____ |
| 2.16 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Java Joe's Coffee Equipment Service LLC** | ☐ D _____<br>▮ E/F __3.66__<br>☐ G _____ |
| 2.17 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Justin Barrett** | ☐ D _____<br>▮ E/F __3.80__<br>☐ G _____ |
| 2.18 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **McNamara Dairy Products** | ☐ D _____<br>▮ E/F __3.110__<br>☐ G _____ |
| 2.19 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Mountain View Publishing, LLC** | ☐ D _____<br>▮ E/F __3.116__<br>☐ G _____ |
| 2.20 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **North Star Leasing** | ▮ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **North Star Leasing** | ▮ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Piecemeal, LLC** | Case number *(if known)* | |
|---|---|---|---|

⬛ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.22 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Performance Foodservice - Black River** | ☐ D _____<br>⬛ E/F   **3.124**<br>☐ G _____ |
| 2.23 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Performance Foodservice - Black River** | ☐ D _____<br>⬛ E/F   **3.125**<br>☐ G _____ |
| 2.24 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Red Carriage House, LLC** | ☐ D _____<br>⬛ E/F   **3.133**<br>☐ G _____ |
| 2.25 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Singer Kittredge** | ☐ D _____<br>⬛ E/F   **3.148**<br>☐ G _____ |
| 2.26 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Square Financial Services** | ☐ D _____<br>⬛ E/F   **3.149**<br>☐ G _____ |
| 2.27 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Stowe Electric** | ☐ D _____<br>⬛ E/F   **3.154**<br>☐ G _____ |
| 2.28 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **Swish White River Ltd.** | ☐ D _____<br>⬛ E/F   **3.158**<br>☐ G _____ |
| 2.29 | **Josh Brown** | PO Box 782<br>South Royalton, VT 05068 | **TimePayment Corp.** | ⬛ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Piecemeal, LLC** | Case number *(if known)* | |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.30 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **TimePayment Corp.** | ■ D    **2.8**<br>☐ E/F ____<br>☐ G ____ |
| 2.31 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **U.S. Small Business Administration** | ■ D    **2.9**<br>☐ E/F ____<br>☐ G ____ |
| 2.32 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **U.S. Small Business Administration** | ■ D    **2.10**<br>☐ E/F ____<br>☐ G ____ |
| 2.33 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **Valley Service Inc.** | ☐ D ____<br>■ E/F   **3.169**<br>☐ G ____ |
| 2.34 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **Vermont Artisan Coffee & Tea, Co.** | ☐ D ____<br>■ E/F   **3.170**<br>☐ G ____ |
| 2.35 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **Vermont Chamber of Commerce** | ☐ D ____<br>■ E/F   **3.171**<br>☐ G ____ |
| 2.36 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **Vermont Department of Taxes** | ☐ D ____<br>■ E/F   **2.3**<br>☐ G ____ |
| 2.37 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **Vermont Fire Extinguisher, Inc.** | ☐ D ____<br>■ E/F   **3.172**<br>☐ G ____ |

| Debtor | **Piecemeal, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.38 | Josh Brown | PO Box 782<br>South Royalton, VT 05068 | Vermont Fire Extinguisher, Inc. | ☐ D _____<br>■ E/F   **3.173**<br>☐ G _____ |
| 2.39 | Josh Brown | PO Box 782<br>South Royalton, VT 05068 | Vermont State Employee's Credit Union | ■ D   **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | Josh Brown | PO Box 782<br>South Royalton, VT 05068 | Whitney Pension Associates, Inc. | ☐ D _____<br>■ E/F   **3.174**<br>☐ G _____ |
| 2.41 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | Affirm, Inc. | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.42 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | ARC Mechanical | ☐ D _____<br>■ E/F   **3.6**<br>☐ G _____ |
| 2.43 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | BlueVine, Inc. | ☐ D _____<br>■ E/F   **3.10**<br>☐ G _____ |
| 2.44 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | Capital One Bank, N.A. | ☐ D _____<br>■ E/F   **3.15**<br>☐ G _____ |
| 2.45 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | Casella Waste Services | ☐ D _____<br>■ E/F   **3.18**<br>☐ G _____ |

Debtor   **Piecemeal, LLC**                                  Case number *(if known)* _____

---

█████   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.46 | **Justin Barrett** | **PO Box 782**<br>**South Royalton, VT 05068** | **Channel Partners Capital** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | **Justin Barrett** | **PO Box 782**<br>**South Royalton, VT 05068** | **Cintas** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.48 | **Justin Barrett** | **PO Box 782**<br>**South Royalton, VT 05068** | **Comcast Business** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.49 | **Justin Barrett** | **PO Box 782**<br>**South Royalton, VT 05068** | **Community Capital of Vermont** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | **Justin Barrett** | **PO Box 782**<br>**South Royalton, VT 05068** | **Dan Eckstein** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.51 | **Justin Barrett** | **PO Box 782**<br>**South Royalton, VT 05068** | **Fred's Energy** | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |
| 2.52 | **Justin Barrett** | **PO Box 782**<br>**South Royalton, VT 05068** | **Gates-Briggs Building Trust** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.53 | **Justin Barrett** | **PO Box 782**<br>**South Royalton, VT 05068** | **Green Mountain Power** | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.54 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | Hillcrest Foods | ☐ D _____<br>■ E/F __3.57__<br>☐ G _____ |
| 2.55 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | Internal Revenue Service | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.56 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | Java Joe's Coffee Equipment Service LLC | ☐ D _____<br>■ E/F __3.66__<br>☐ G _____ |
| 2.57 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | Justin Barrett | ☐ D _____<br>■ E/F __3.80__<br>☐ G _____ |
| 2.58 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | McNamara Dairy Products | ☐ D _____<br>■ E/F __3.110__<br>☐ G _____ |
| 2.59 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | Mountain View Publishing, LLC | ☐ D _____<br>■ E/F __3.116__<br>☐ G _____ |
| 2.60 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | North Star Leasing | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.61 | Justin Barrett | PO Box 782<br>South Royalton, VT 05068 | North Star Leasing | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** | | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | **Justin Barrett** | PO Box 782<br>South Royalton, VT 05068 | **Performance Foodservice - Black River** | ☐ D _____<br>■ E/F __3.124__<br>☐ G _____ |
| 2.63 | **Justin Barrett** | PO Box 782<br>South Royalton, VT 05068 | **Performance Foodservice - Black River** | ☐ D _____<br>■ E/F __3.125__<br>☐ G _____ |
| 2.64 | **Justin Barrett** | PO Box 782<br>South Royalton, VT 05068 | **Red Carriage House, LLC** | ☐ D _____<br>■ E/F __3.133__<br>☐ G _____ |
| 2.65 | **Justin Barrett** | PO Box 782<br>South Royalton, VT 05068 | **Singer Kittredge** | ☐ D _____<br>■ E/F __3.148__<br>☐ G _____ |
| 2.66 | **Justin Barrett** | PO Box 782<br>South Royalton, VT 05068 | **Square Financial Services** | ☐ D _____<br>■ E/F __3.149__<br>☐ G _____ |
| 2.67 | **Justin Barrett** | PO Box 782<br>South Royalton, VT 05068 | **Stowe Electric** | ☐ D _____<br>■ E/F __3.154__<br>☐ G _____ |
| 2.68 | **Justin Barrett** | PO Box 782<br>South Royalton, VT 05068 | **Swish White River Ltd.** | ☐ D _____<br>■ E/F __3.158__<br>☐ G _____ |
| 2.69 | **Justin Barrett** | PO Box 782<br>South Royalton, VT 05068 | **TimePayment Corp.** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |

---

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.70 | **Justin Barrett** | PO Box 782<br>**South Royalton, VT 05068** | **TimePayment Corp.** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.71 | **Justin Barrett** | PO Box 782<br>**South Royalton, VT 05068** | **U.S. Small Business Administration** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.72 | **Justin Barrett** | PO Box 782<br>**South Royalton, VT 05068** | **U.S. Small Business Administration** | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.73 | **Justin Barrett** | PO Box 782<br>**South Royalton, VT 05068** | **Valley Service Inc.** | ☐ D ____<br>■ E/F __3.169__<br>☐ G ____ |
| 2.74 | **Justin Barrett** | PO Box 782<br>**South Royalton, VT 05068** | **Vermont Artisan Coffee & Tea, Co.** | ☐ D ____<br>■ E/F __3.170__<br>☐ G ____ |
| 2.75 | **Justin Barrett** | PO Box 782<br>**South Royalton, VT 05068** | **Vermont Chamber of Commerce** | ☐ D ____<br>■ E/F __3.171__<br>☐ G ____ |
| 2.76 | **Justin Barrett** | PO Box 782<br>**South Royalton, VT 05068** | **Vermont Department of Taxes** | ☐ D ____<br>■ E/F __2.3__<br>☐ G ____ |
| 2.77 | **Justin Barrett** | PO Box 782<br>**South Royalton, VT 05068** | **Vermont Fire Extinguisher, Inc.** | ☐ D ____<br>■ E/F __3.172__<br>☐ G ____ |

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |

---

<span style="background:black">   </span> **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.78 | **Justin Barrett** | **PO Box 782**<br>**South Royalton, VT 05068** | **Vermont Fire**<br>**Extinguisher, Inc.** | ☐ D _____<br>■ E/F __3.173__<br>☐ G _____ |
| 2.79 | **Justin Barrett** | **PO Box 782**<br>**South Royalton, VT 05068** | **Vermont State**<br>**Employee's Credit**<br>**Union** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.80 | **Justin Barrett** | **PO Box 782**<br>**South Royalton, VT 05068** | **Whitney Pension**<br>**Associates, Inc.** | ☐ D _____<br>■ E/F __3.174__<br>☐ G _____ |
| 2.81 | **Josh Brown** | **PO Box 782**<br>**South Royalton, VT 05068** | **TimePayment Corp.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |

**Fill in this information to identify the case:**

Debtor name   **Piecemeal, LLC**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ☐ Operating a business ■ Other **Gross Business Revenue** | $267,300.00 |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ☐ Operating a business ■ Other **Gross Business Revenue** | $855,868.22 |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ☐ Operating a business ■ Other **Gross Business Revenue** | $508,218.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Debtor | **Piecemeal, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Red Carriage House, LLC**<br>**PO Box 948**<br>**Westhampton Beach, NY 11978** | **April 3, 2023**<br>**($5,930.40),**<br>**March 3,**<br>**2023**<br>**($5,930.40)** | **$11,860.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commercial lease/rent<br>for Stowe retail location paid to<br>Stone & Browning Property<br>Management, LLC** |
| 3.2. **Gates-Briggs Building Trust**<br>**P.O. Box 85**<br>**c/o David Briggs, Truste**<br>**White River Junction, VT 05001** | **March 10,**<br>**2023**<br>**($7,383.00),**<br>**and March**<br>**26, 2023**<br>**($4,922.00)** | **$12,305.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commercial lease/rent<br>for WRJ retail location** |
| 3.3. **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **February 28,**<br>**2023**<br>**($4,543.30),**<br>**March 14,**<br>**2023**<br>**($4,234.96),**<br>**March 28,**<br>**2023**<br>**($4,131.72),**<br>**April 11,**<br>**2023**<br>**($3,582.50)** | **$16,492.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.4. **Vermont Department of Taxes**<br>**Bankruptcy Unit, 3rd Floor**<br>**109 State Street**<br>**P.O. Box 429**<br>**Montpelier, VT 05601-0429** | **February 22,**<br>**2023**<br>**($1,465.09),**<br>**February 23,**<br>**2023**<br>**($2,730.28),**<br>**February 24,**<br>**2023**<br>**($5,608.57),**<br>**March 27,**<br>**2023**<br>**($6,212.13)** | **$16,016.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **State taxes** |
| 3.5. **Black River Produce**<br>**P.O. Box 489**<br>**North Springfield, VT 05150** | **February 15,**<br>**2023**<br>**($5,181.94),**<br>**March 9,**<br>**2023**<br>**($3,730.39)** | **$8,912.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Justin Barrett**<br>**PO Box 782**<br>**South Royalton, VT 05068**<br>**Sole Member/Owner** | **$1000.00 per week from May 16, 2022 through September 2022, then $500.00 per week through November 2022, then $1,000.00 per week from December 2022 through April 6, 2023 and then $1,400.00 per week for April 18, 2023, April 21, 2023 and April 28, 2023** | **$44,200.00** | **Owner's compensation** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Piecemeal, LLC**                                    Case number *(if known)* _____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

---

| Part 5: | Certain Losses |
|---------|----------------|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fisher Law Offices, PLLC**<br>**45 Lyme Road, Suite 205**<br>**Hanover, NH 03755** | **Attorney Fees ($5,000.00) and Court Filing Fee ($338.00)** | **April 24, 2023** | **$5,338.00** |
| | Email or website address<br>**fisher@mbfisherlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor    **Piecemeal, LLC** _____    Case number *(if known)* _____

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Union Bank 20 Lower Main St, PO Box 667 Morrisville, VT 05661** | **XXXX-1997** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **April 14, 2023** | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Mascoma Savings Bank**<br>**243 Sykes Mountain Avenue**<br>**P.O. Box 4399**<br>**White River Junction, VT**<br>**05001** | **XXXX-4604** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **May 5, 2023** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Piecemeal, LLC** _____    Case number *(if known)* _____

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **KL Accounting, Inc.**
**842 Hartford Avenue**
**Attn: Kimberly J. LaBarge**
**White River Junction, VT 05001** | **2016- May 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

Debtor   **Piecemeal, LLC**                                    Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Justin Barrett** | **P.O. Box 782<br>South Royalton, VT 05068** | **Sole member/manager** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. | **Justin Barrett<br>P.O. Box 782<br>South Royalton, VT 05068** | **Various - See SOFA #4 above.** | **Various - See SOFA #4 above.** | **Compensation for services** |
| | **Relationship to debtor<br>Sole Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor    **Piecemeal, LLC**   Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2023**

**/s/ Justin Barrett**                              **Justin Barrett**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Vermont

In re **Piecemeal, LLC** _____   Case No. _____

_____   Debtor(s)   Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 16, 2023** | **/s/ Michael B. Fisher** |
| _Date_ | **Michael B. Fisher** |
| | _Signature of Attorney_ |
| | **Fisher Law Offices, PLLC** |
| | **45 Lyme Road, Suite 205** |
| | **Hanover, NH 03755** |
| | **(603) 643-1313** |
| | **fisher@mbfisherlaw.com** |
| | _Name of law firm_ |

## United States Bankruptcy Court
### District of Vermont

In re   **Piecemeal, LLC**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **May 16, 2023**

**/s/ Justin Barrett**

**Justin Barrett**/**Member**
Signer/Title

Aaron Rice
272 Gold Brook Cir.
Stowe, VT 05672

Adam Laufersweiler
9 Griggs Street
Dracut, MA 01826

Affirm, Inc.
30 Isabella St, Floor 4,
Pittsburgh, PA 15212

Alexandra Drogus
10 Pratt Stret
Apartment 2
Salem, MA 01970

Allen Sawyer
217 W. 3rd Street
Port Angeles, WA 98362

Andrew Morse
386 Booth Road
Chattanooga, TN 37411

ARC Mechanical
P.O. Box 724
229 Depot Street
Bradford, VT 05033

Arun Mehra
104 Blueberry Hill Dr.
Hanover, NH 03755

Ascentium Capital, LLC
23970 Highway 59 North
Kingwood, TX 77339

Austin DeLonge
3312 N. Kenmore Ave.
Apartment 3
Chicago, IL 60657

Ben Anderson
77 W. 4800 N.
Unit A202
Provo, UT 84604

Block, Inc.
P.O. Box 427069
San Francisco, CA 94142

BlueVine, Inc.
401 Warren Street
Suite 300
Redwood City, CA 94063

Brayan Lozano
6 Louisburg Sq.
Nashua, NH 03060

Brian O'Neill
815 South Street
Portsmouth, NH 03801

Brian Resnevic
421 Prospect Street
Apartment 4
Pawtucket, RI 02860

Cael Chappell
6435 El Caminito do Guadalupe Rd. NW
Los Ranchos, NM 87107

Capital One Bank, N.A.
P.O. Box 30285
Salt Lake City, UT 84130-0285

Carl McPherson
1817 Allston Way
Unit A
Berkeley, CA 94703

Carl Onuchovsky
20 Sycamore Drive
Medford, NJ 08055

Casella Waste Services
P.O. Box 1372
Williston, VT 05495

Celtic Bank Corporation
268 South State Street
Suite 300
Salt Lake City, UT 84111

Channel Partners Capital
11100 Wayzata Blvd.
Minnetonka, MN 55305

Charles Jones Jr.
8 Sloop Road
Grand Isle, VT 05458

Charles Quintas
40 Church Street
Enfield, CT 06082

Chelsea Clays
1003 Barrington Cv.
Austin, TX 78753

Christian Lunsford
1714 E. Kane Place
Milwaukee, WI 53202

Christine Geisler
P.O. Box 32
Bridgewater Corners, VT 05035

Christine Tudisco
30 June Marie Lane
Murphy, NC 28906

Christopher Manatis-Lornell
1013 Broadway
Somerville, MA 02144

Christopher Perrotti
233 Hollow View Road
Stowe, VT 05672

Cintas
156 Avenue B
Williston, VT 05495

Cody Hussey
192 Prospect Hill  Road
Canaan, NH 03741

Comcast Business
P.O. Box 6505
Chelmsford, MA 01824-0905

Community Capital of Vermont
105 North Main Street
P.O Box 342
Barre, VT 05641

Community Capital of Vermont
171 Bridge  Street
White River Junction, VT 05001

Connie Mendell
3485 VT Route 100 S
Rochester, VT 05767

Cori Hirai
115 Seminary Hill
West Lebanon, NH 03784

CT Corporation System, as representative
330 N Brand Boulevard
Suite 700, Attn: SPRS
Glendale, CA 91203

Dan Eckstein
Discovery Map of the Upper Valley
P.O. Box 374
Warren, VT 05674

Daniel Brown
2379 E. Santa Ynez Drive
Casa Grande, AZ 85194

Daniel Woodbury
P.O. Box 285
Lyndonville, VT 05851

Darrius Thompson
1366 Saint Johns Place
Brooklyn, NY 11213

David Quirk
84 West Street
Easthampton, MA 01027

Dawn Palazzo
1395 Founders Way
Harrisonburg, VA 22802

Dawn Varacchi-Ives
4 Shelly Lane
Ayer, MA 01432

Elizabeth Gadbois
846 W. Hill Road
Stowe, VT 05672

ERC Specialists
560 E Timpanogos Circle
Orem, UT 84097

Eric Adamowsky
4744 Sabre Lane
Manlius, NY 13104

Evan Weaver
9476 150th Ct. N.
Jupiter, FL 33478

Fred's Energy
288 Bridge Street
Morrisville, VT 05661

Gabriel Brison-Trezise
P.O. Box 11
Thetford, VT 05074

Gabrielle Uitti
16 Harcourt Street
Apartment 1D
Boston, MA 02116

Garnet Publishing, LLC
Discovery Map International, Inc.
P.O. Box 726
5197 Main Street
Waitsfield, VT 05673

Gates-Briggs Building Trust
P.O. Box 85
c/o David Briggs, Truste
White River Junction, VT 05001

Gaurav Kumar
481 N. Santa Cruz
PMB 287
Los Gatos, CA 95030

Gene Cullen
112 S. Main Street
Stowe, VT 05672

Giavanna Munafo
1424 Neal Road
White River Junction, VT 05001

Green Mountain Power
P.O. Box 74
Brattleboro, VT 05302

Greer Mellon
45 W. 86h St.
Apartment 9
New York, NY 10024

Gregory Lellis
207 Castlepointe Ct.
Unit 307
Weaverville, NC 28787

Gretchen Graner
P.O. Box 104
South Strafford, VT 05070

Heather Madigan
95 Ludlow Street
Saratoga Springs, NY 12866

Helen Flynn
18404 Summer Wind Lane
South Bend, IN 46637

Hillcrest Foods
217 Edie Road
Saratoga Springs, NY 12866

Hong Lee
509 William Street
River Forest, IL 60305

Howard Brown
225 Sanborn Road
Stowe, VT 05672

Ian Wellinghurst
8 Garden Street
Tequesta, FL 33469

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jack Kauders, Esq.
P.O. Box 501
1523 Maple Street
Hartford, VT 05047

James Leppert
55 Foreester St.
Salem, MA 01970

Janelle Christine Simmons
4415 Colden Street
Apartment 4M
Flushing, NY 11355

Janice St. Onge
438 Black Bear Run
Stowe, VT 05672

Jasmine Nadeau
54 Westgate Road
Plainfield, NH 03781

Jason Szelog
2 Otis Place
Boston, MA 02108

Java Joe's Coffee Equipment Service LLC
152 Gallagher Acres
Waterbury, VT 05676

Javier Manzano
3967 Gardenia Avenue
Long Beach, CA 90807

Jeanne Hover
559 McIntosh Pond Road
South Royalton, VT 05068

Jennifer Brodsky
P.O. Box 28
Erwinna, PA 18920

Jennifer Curtin
121 Clermont Road
Washington, VT 05675

Jennifer MacMillen
P.O. Box 104
White River Junction, VT 05001

Jerald Ward
214 Pennybrook Road
Randolph Center, VT 05061

Jeremy Stull
50 Walnut Street
Millis, MA 02054

Joe Joiner
3901 Byrnwyck Place NE
Brookhaven, GA 30319

John Sakash
980 Pucker Street
Stowe, VT 05672

Joon Ho Kim
103 Cobb Hill Road
Hartland, VT 05048

Josh Brown
PO Box 782
South Royalton, VT 05068

Josh Perrye
5208 SW 24th Place
Cape Coral, FL 33914

Joshua Brown
P.O. Box 782
South Royalton, VT 05068

Julie Strohmeier
P.O. Box 7
Peacham, VT 05862

Justin Barrett
P.O. Box 782
South Royalton, VT 05068

Justin Barrett
P.O. Box 296
White River Junction, VT 05001

Justin Johnson
615 Higuera Road
Barre, VT 05641

Kabir Barua
6309 Connell Farm Drive
Plano, TX 75024

Karsten Frey
313 Allston Street
Apartment 8
Boston, MA 02135

Kathryn Dwulet
75 Flint Pond Drive
Hollis, NH 03049

Katrina Austin
26 Keene Street
Stoneham, MA 02180

Kelly Kelly
P.O. Box 164
Rochester, VT 05767

Kent Hersom
93A Gillette Street
Wilder, VT 05088

Kevin Bligh
40 Glenmore Lane
Bridgewater, MA 02324

Kirsten Detrick
2 Elm Road
Etna, NH 03750

KL Accounting, Inc.
842 Hartford Avenue
Attn: Kimberly J. LaBarge
White River Junction, VT 05001

Kristen Grace
300 Anthony Avenue
Unit 408
Mundelein, IL 60060

Kristofer Anderson
316 Hall Road
Lincoln, VT 05443

Kyle Schneider
2166 Godfrey Road
East Thetford, VT 05043

Kyle Trombley
437 Shawmut Avenue
Unit 2
Boston, MA 02118

Lars Blackmore
37 Turnpike Road
Norwich, VT 05055

Laura Brosnan
7 Giddings Avenue
Beverly, MA 01915

Lon Isaacson
258 Eastgate Drive
Cheshire, CT 06410

Loric Madramootoo
3415 Knox Place
Apartment 3D
Bronx, NY 10467

Lynn Graham
25 Fairfax Street
Somerville, MA 02144

Maggie Wilson
31 Pleasant Street
Barre, VT 05641

MainVest, Inc.
81 Washington Street
Suite 201
Salem, MA 01970

Margaret Doyle
7609 Tanglewood Road
Richmond, VA 23225

Margaret Powell
900 Tower Road
Bethel, VT 05032

Maria Aranzazu Perales Garcia
5 Hilltop Drive
Hanover, NH 03755

Mary Jean Mueckenheim
30 Ascutney Street
Windsor, VT 05089

Mascoma Savings Bank
243 Sykes Mountain Avenue
P.O. Box 4399
White River Junction, VT 05001

Matthew Garraton
753 Seneca Creek Road
Unit B
Buffalo, NY 14224

McKayne Boedeker
16 Pearl Street
Concord, NH 03301

McNamara Dairy Products
259 River Road
Plainfield, NH 03781

Melissa Magdziasz
16 Alvin Lane
Eliot, ME 03903

Michael Frysinger
33 Rose Street
Somerville, MA 02143

Michael Jones
12948 W. Apodaca Drive
Litchfield Park, AZ 85340

Michael Namath
9321 Reach Road
Potomac, MD 20854

Morgan O'Donnell
15 N. Park Street
Apartment 2
Watertown, MA 02472

Mountain View Publishing, LLC
135 Lyme Road
Hanover, NH 03755

Nancy Dennis
1302 New Boston Road
Norwich, VT 05055

Nancy Smith
259 Shaker Hill Road
Enfield, NH 03748

Nicholas Donahue
P.O. Box 734
Sullivans Island, SC 29482

Noah Crane
134 Stevens Road
Lebanon, NH 03766

Nora Frisch
8 Valleyview Drive
Essex Junction, VT 05452

North Star Leasing
A Division of People's United Bank
P.O. Box 4505
Burlington, VT 05406

Patricia Santos
708 Haggin Place
Lexington, KY 40504

Patrick Patrick
P.O. Box 957
Provincetown, MA 02657

Performance Foodservice - Black River
P.O. Box 489
North Springfield, VT 05150

Phenu Zachariah
1135 Castle Drive
Glenview, IL 60025

Rachel Steed
7412 Mountain Road
Unit 142
Stowe, VT 05672

Rajan Bhandari
744 San Jule Court
Sunnyvale, CA 94085

Ralph Manuel
19 Willow Spring Circle
Hanover, NH 03755

Raphael Sacks
101 Lafountain Street
Burlington, VT 05401

Raquel De Sousa
51 Wheatland Street
Apartment 2
Somerville, MA 02145

Rebecca Siegel
896 Route 132
Thetford Center, VT 05075

Red Carriage House, LLC
PO Box 948
Westhampton Beach, NY 11978

Robert Cone
5639 Broad Brook Road
South Royalton, VT 05068

Robert Kenley Freeman
4247 Brook Road
Barre, VT 05641

Robin Kilfeather-Mackey
280 NH Route 120
Cornish, NH 03745

Roxanna Nazari
17 Brenner Road
Norwalk, CT 06851

Salena Casha
321 Franklin Street
Unit 1
Cambridge, MA 02139

Sally Horton
32 Pullman Lane
White River Junction, VT 05001

Sara Farley
129 Bryan Road
Stowe, VT 05672

Sarah Brookes-Govero
98 Croydon Tpke.
Plainfield, NH 03781

Sarah Callander
608 E. Woodstock Road
Woodstock, VT 05091

Sarah Greiche Vroots, Inc.
1051 Notchbrook Road
Stowe, VT 05672

Scuttleship Farm, LLC
2214 Arnold Bay Road
Attn: Anna Hooper
Panton, VT 05491

Sean Delmore
P.O. Box 1218
Morrisville, VT 05661

Sean Hammond
18 Laurel Drive
Hadley, MA 01035

Shannon Doney
18404 Summer Wind Lane
South Bend, IN 46637

Singer Kittredge
618 Route 3A
Bow, NH 03304

Square Financial Services
3165 E Millrock Drive
Suite 160
Salt Lake City, UT 84121

Stephen Foxwell
281 Warren Street
Apartment 1
Brooklyn, NY 11201

Steven Bootsma
3569 Cobblestone Court SE
Kentwood, MI 49512

Steven Strong
P.O. Box 242
Harvard, MA 01451

Stowe Cable Systems
Stowe Cablevision, Inc.
172 Thomas Lane
Stowe, VT 05672

Stowe Electric
435 Moscow Road
Stowe, VT 05672

Susan Barrett
1592 New Boston Road
Norwich, VT 05055

Susanne Abetti
923 Kings Highway
White River Junction, VT 05001

Suzanne Simone
1739 Faybrook Road
Sharon, VT 05065

Swish White River Ltd.
P.O. Box 411431
Boston, MA 02284

Taylor Haynes
2145 Dothan Road
White River Junction, VT 05001

Thomas Malloy
P.O. Box 781
Chatham, MA 02633

Thomas Simmons
2320 Popple Dungeon Road
Chester, VT 05143

TimePayment Corp.
1600 District Avenue
Suite 200
Burlington, MA 01803

TimePayment Corp.
200 Summit Drive
Suite 100
Burlington, MA 01803

Timothy Counihan
421 Willow Brook Road
Plainfield, NH 03781

Timothy Lockwood
40 Denise Lane
Feeding Hills, MA 01030

Timothy McLaughlin
12 Franconia Avenue
Natick, MA 01760

Timothy Medland
1937 Middletown Road
Londonderry, VT 05148

Timothy Rundle
383 Essex Court
Perkasie, PA 18944

Tonya Martin-Dunlap
365 Calvert Avenue
Webster Groves, MO 63119

Tracy Brown
817 N. Lawrence Street
Philadelphia, PA 19123

U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203

U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155

Valley Service Inc.
687 Lowell Street
Methuen, MA 01844

Vermont Artisan Coffee & Tea, Co.
P.O. Box 249
Waterbury Center, VT 05677

Vermont Chamber of Commerce
PO Box 37
Montpelier, VT 05601

Vermont Department of Taxes
Bankruptcy Unit, 3rd Floor
109 State Street
P.O. Box 429
Montpelier, VT 05601-0429

Vermont Fire Extinguisher, Inc.
196 Merchant Street
Barre, VT 05641

Vermont State Employee's Credit Union
One Bailey Avenue
P.O. Box 67
Montpelier, VT 05601

Whitney Pension Associates, Inc.
P.O. Box 1253
Quechee, VT 05059

William Gunning
28 Hatch Road
Medford, MA 02155

WRIC2, LLC
P.O. Box 243
East Randolph, VT 05041

# United States Bankruptcy Court
### District of Vermont

In re  **Piecemeal, LLC**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Piecemeal, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 16, 2023**

Date

**/s/ Michael B. Fisher**

**Michael B. Fisher**

Signature of Attorney or Litigant

Counsel for  **Piecemeal, LLC**

**Fisher Law Offices, PLLC**

**45 Lyme Road, Suite 205**
**Hanover, NH 03755**
**(603) 643-1313**
**fisher@mbfisherlaw.com**